UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>DONALD KILLS WARRIOR,<br><br>　　　　　Defendant. | CR. 19-50163-JLV<br><br>ORDER |

Defendant Donald Kills Warrior filed a *pro se* motion seeking dismissal of the present case as well as defendant's prior cases in federal court.[1] (Docket 18). Because the defendant is represented by counsel, all motions must be made through his attorney. See United States v. Stanko, 491 F.3d 408, 411 n.2 (8th Cir. 2007) (The court declines to address *pro se* motions when defendant is represented by counsel); United States v. Peck, 161 F.3d 1171, 1174 n.2 (8th Cir. 1998) (It is not the court's "practice to consider pro se briefs filed by parties represented by counsel"). Accordingly, it is

---

[1]The defendant's previous federal cases are United States v. Kills Warrior, CR. 12-50167 (D.S.D. 2012) and United States v. Kills Warrior, CR. 16-50058 (D.S.D. 2016). Both convictions are for the offense of failure to register in violation of 18 U.S.C. § 2250(a). See Kills Warrior, CR. 12-50167, Docket 26, and Kills Warrior, CR. 16-50058, Docket 36. Both prior cases have outstanding petitions to revoke supervised release. See Kills Warrior, CR. 12-50167, Docket 64, and Kills Warrior, CR. 16-50058, Docket 38.

ORDERED that defendant's *pro se* motion (Docket 18) is denied without prejudice.

Dated March 20, 2020.

BY THE COURT:

/s/ *Jeffrey L. Viken*
JEFFREY L. VIKEN
UNITED STATES DISTRICT JUDGE